```
        IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF ALABAMA
                   SOUTHERN DIVISION
```

| | |
|---|---|
| **RAYMOND P. LEE, JR.,** | \* |
| | \* |
|     **Plaintiff,** | \* |
| | \* |
| **vs.** | \*  **CIVIL ACTION NO. 20-00522-KD-B** |
| | \* |
| **AUSTAL USA, LLC,** | \* |
| | \* |
|     **Defendant.** | \* |

## ORDER

This action is before the Court on the parties' Report of Planning Meeting (Doc. 11). Upon review, the undersigned finds that a scheduling conference, prior to entry of the scheduling order, will aid the Court and the parties in working to secure a just, speedy, and inexpensive resolution of this matter. See Fed. R. Civ. P. 1; Fed. R. Civ. P. 16(b)(1)(B) (providing that a magistrate judge must issue a scheduling order . . . "after consulting with the parties' attorneys . . . at a scheduling conference").

Accordingly, this action is hereby set for a Rule 16(b) scheduling conference, via telephone, on **January 21, 2021** at **9:30 a.m.** The Clerk will provide call-in instructions.

In preparation for the scheduling conference, counsel for the parties shall familiarize themselves with the underlying facts of the case and shall be prepared to discuss the specific discovery

that will likely be needed, the existence and location of any electronic discovery, and the parties' efforts to resolve this case.

**DONE** this **11th** day of **January, 2021.**

/s/ SONJA F. BIVINS
**UNITED STATES MAGISTRATE JUDGE**
